## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MARILYN PAUZE,
    Plaintiff,

vs.                                                CASE NO. 8:07-CIV-496-T-17-TGW

QUALITY APPLIANCE SERVICE OF
PINELLAS, INC., etc.,
    Defendant.
_____/

### **ORDER**

    This cause is before the Court on the plaintiff's notice of filing Rule 68 acceptance of offer of judgment (Docket No. 25). Accordingly, it is

    **ORDERED** that the Clerk of Court is directed to enter a judgment for the plaintiff and against the defendant in the amount of $4,000.00, as agreed to by the parties, and to close this case. The Court retains jurisdiction as to costs and attorney fees but directs the parties, within the next thirty days, to attempt to resolve the attorney fees and costs issues. If unable to resolve the issues, the plaintiff may file a motion and the Court will resolve any remaining issues.

    **DONE and ORDERED** in Chambers, in Tampa, Florida, this 28th day of December, 2007.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All Parties and Counsel of Record